UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:23-cr- 00138-MC |
| v. | INDICTMENT |
| JORGE THOMPSON JR., | 18 U.S.C. §§ 922(o) and 924(a)(2) |
| Defendant. | Forfeiture Allegation |
| | UNDER SEAL |

THE GRAND JURY CHARGES:

## COUNT 1
(Unlawful Possession of a Machinegun)
(18 U.S.C. §§ 922(o) and 924(a)(2)

On or about November 17, 2020, in the District of Oregon, defendant **JORGE THOMPSON JR.,** did knowingly possess machineguns, that is, a Glock model 22 Gen4, .40 S&W caliber pistol, and a Glock model 19 Gen4, 9x19mm caliber pistol,

In violation of Title 18 United States Code, Sections 922(o) and 924(a)(2).

///

///

///

///

///

///

**Indictment** **Page 1**
Revised April 2018

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant **JORGE THOMPSON JR.,** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms and ammunition involved in those offenses, including without limitation: a Glock model 22 Gen4, .40 S&W caliber pistol, and a Glock model 19 Gen4, 9x19mm caliber pistol.

Dated: April 20, 2023

A TRUE BILL.

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ Adam E. Delph*
ADAM E. DELPH
Assistant United States Attorney